IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN C. BARRETT, individually
and on behalf of all others
similarly situated,**

**Plaintiff,**

**v.**

**ADVANCED FIN. SERVS., INCS.,**

**Defendant.**                                              No. 08-CV-256-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Plaintiffs' Notice of Voluntary Dismissal (Doc. 5) having been filed with this Court, **IT IS ORDERED** that this matter is hereby dismissed without prejudice pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**.

**IT IS SO ORDERED.**

Signed this 24th day of April, 2008.

/s/    David R Herndon
**Chief Judge
United States District Court**